# MINUTE ORDER

Page 8

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor     Date: 8/9/2021    Time: 2:00 p.m.

Defendant: KENNETH MILES DAVIS, Jr    J#: 34913-007    Case #: 21-MJ-3542-REID
AUSA: Andrea Goldberg     Attorney: AFPD Ashley Kay
Violation: WARR/SC/DC/COMPLAINT/ASSAULT WITH A DANGEROUS WEAPON    Surr/Arrest Date:    YOB: 1978

Proceeding: Initial Appearance     CJA Appt:
Bond/PTD Held: ○ Yes ○ No    Recommended Bond:
Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

**Disposition:**
- Deft consented to proceed by VTC
- Deft advised of rights & charges
- Temp PTD
- Deft sworn // AFPD appt
- Brady warning given

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
(PTD)/Bond Hearing: 8/12   10:00   Duty   Miami
Prelim/Arraign or (Removal): 8/12
Status Conference RE:
D.A.R. 14:06:17     Time in Court: 15 minutes

s/Lisette Marie Reid     Magistrate Judge